STATE v. WILLINGHAM
     No. 81 PC.

     Case below: 16 N.C. App. 439.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. WRENN
     No. 97 PC.

     Case below: 16 N.C. App. 411.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

TEACHEY v. WOOLARD
     No. 68 PC.

     Case below: 16 N.C. App. 249.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.